| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Scheindlin, Shira A. | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>12/28/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>USDC-SDNY<br>500 Pearl Street<br>New York, N.Y. 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | West Services, Inc. Book Royalties | $6321.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2013 | State University of New York |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/22/13-1/25/13 | Tampa, FL | Speaker | Travel, Food, Lodging |
| 2. | The Sedona Conference | 2/20/13-2/22/13 | Litchfield Pk, AZ | Speaker | Travel, Food, Lodging |
| 3. | University of South Carolina Law School | 2/28/13-3/01/13 | Columbia, SC | Speaker | Travel, Food, Lodging |
| 4. | Cornell University School of Law | 3/07/13-3/08/13 | Ithaca, NY | Speaker | Travel, Food, Lodging |
| 5. | Institute for Law and Economic Policy | 4/11/13-4/13/13 | Naples, FL | Speaker | Travel,. Food, Lodging |
| 6. | American Law Institute | 6/06/13-6/07/13 | Philadephia, PA | Speaker | Travel, Food, Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A. | 12/28/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Sedona Conference | 6/16/13-6/22/13 | Zurich SWITZERLAND | Speaker | Travel, Food, Lodging |
| 8. | Guidance Software | 10/28/13-10/30/13 | Los Angeles, CA. | Speaker | Travel, Food |
| 9. | Cornell Law School | 11/6/13-11/9/13 | Ithaca NY | Attend Meeting | Travel, Food, Lodging |
| 10. | Georgetown Law School: Advanced E-Discovery Institute | 11/2113-11/22/13 | McLean, VA | Speaker | Travel, Food, Lodging |
| 11. | American Bar Association | 11/22/13-11/23/13 | Philadelphia, PA | Attend Meeting | Travel, Food, Lodging |
| 12. | Federal Bar Association | 12/05/13-12/08/13 | Honolulu, HI | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Brooklyn, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. IRA Sentinel Intl Equity Class A | A | Int./Div. | K | T | | | | | |
| 4. IRA Sentinel Small Company A | A | Int./Div. | K | T | | | | | |
| 5. IRA Sentinel Common Stock Class A | A | Int./Div. | L | T | | | | | |
| 6. Alger Spectra Fund | A | Dividend | K | T | | | | | |
| 7. JP Morgan Mid Cap Value Fund | B | Dividend | K | T | | | | | |
| 8. JohnHancock STR Inc | A | Dividend | K | T | | | | | |
| 9. PIMCO Real Return Cl A | A | Dividend | K | T | | | | | |
| 10. Sunamerica focussws dividend | A | Dividend | K | T | | | | | |
| 11. Teachers Insurance Annuity Association | F | Interest | P1 | T | | | | | |
| 12. College Retirement Equities Fund | F | Dividend | P1 | T | | | | | |
| 13. Supplemental and Group Retirement Anuities | D | Int./Div. | O | T | | | | | |
| 14. AXA Financial Insurance Company Stock | A | Int./Div. | J | T | | | | | |
| 15. Vanguard Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 16. Pfizer | C | Dividend | L | T | | | | | |
| 17. Investors Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investors Bank | A | Interest | J | T | | | | | |
| 19. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 20. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 21. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 22. Chase Manhattan Bank | A | Interest | L | T | | | | | |
| 23. Chase Manhattan Bank | A | Interest | L | T | | | | | |
| 24. Chase Manhattan Bank | A | Interest | M | T | | | | | |
| 25. Fidelity Advantage Small Cap. | D | Distribution | K | T | | | | | |
| 26. Fidelity Advantage Mid Cap | A | Dividend | L | T | | | | | |
| 27. Brokerage Account #1 | | | | | | | | | |
| 28. Excelsior Directional Hedge Fund of Funds | A | Int./Div. | | | Sold | 02/06/13 | M | D | |
| 29. Excelsior Directional Hedge Fund of Funds | A | Int./Div. | | | Buy (add'l) | 02/06/13 | J | | |
| 30. Excelsior Directional Hedge Fund of Funds | A | Int./Div. | | | Sold | 06/07/13 | J | B | |
| 31. ASTON Montag & Caldwell Grth FD CL 1 | A | Dividend | L | T | | | | | |
| 32. ASTON Montag & Caldwell Grth FD CL 1 | C | Distribution | L | T | | | | | |
| 33. Columbia DIV. INC FD CLZ | B | Dividend | N | T | | | | | |
| 34. Columbia DIV INC FD CLZ | B | Distribution | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia FDS SER TR 1 Select LGE CAP Grth FD CL Z | B | Distribution | M | T | | | | | |
| 36. Columbia FDS SER TR 1 Select LGE CAP Grth FD CL Z | B | Dividend | M | T | | | | | |
| 37. BOFA NY Tax Exempt Res. Tr. Cl.(inc. inv.) | A | Dividend | J | T | | | | | |
| 38. Columbia Small Cap Grth FD | C | Distribution | L | T | | | | | |
| 39. Columbia NY Inter Muni Bd Fund Cl Z | D | Int./Div. | L | T | | | | | |
| 40. Columbia NY Inter Muni Bd Fund Cl Z | D | Int./Div. | L | T | Sold (part) | 04/05/13 | L | D | |
| 41. Columbia NY Inter Muni Bd Fund Cl Z | D | Int./Div. | L | T | Sold (part) | 10/02/13 | L | C | |
| 42. Columbia NY Inter Muni Bd Fund Cl Z | D | Int./Div. | L | T | Sold (part) | 10/15/13 | L | C | |
| 43. Columbia Short Term Muni Bd Fd Cl Z | A | Int./Div. | K | T | Buy | 10/15/13 | K | | |
| 44. Janus Invest. FD Enterprise | A | Dividend | M | T | | | | | |
| 45. Lazard Fd. Inc. Emerg. Mkts. | A | Dividend | K | T | | | | | |
| 46. Lazard Fd. Inc. Emerg. Mkts. | A | Distribution | K | T | | | | | |
| 47. Thornburg Int. Value Fd | A | Int./Div. | L | T | | | | | |
| 48. Harbor Intl Fund | A | Int./Div. | K | T | | | | | |
| 49. PIMCO Commodity Realreturn Strat. FD | A | Int./Div. | | | Buy (add'l) | 02/13/13 | K | | |
| 50. PIMCO Commodity Realreturn Strat. FD | A | Int./Div. | | | Buy (add'l) | 04/04/13 | K | | |
| 51. PIMCO Commodity Realreturn Strat. FD | A | Int./Div. | | | Buy (add'l) | 04/09/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Commodity Realreturn Strat. FD | A | Int./Div. | | | Sold | 10/01/13 | L | | |
| 53. Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 54. AQR Diversified Arbitrage fund | A | Int./Div. | K | T | Sold (part) | 02/13/13 | J | A | |
| 55. AQR Diversified Arbitrage fund | A | Int./Div. | K | T | Buy (add'l) | 10/02/13 | J | | |
| 56. Columbia High Yield Municipal Fund | B | Int./Div. | J | T | Sold (part) | 10/02/13 | J | | |
| 57. Columbia High Yield Municipal Fund | B | Int./Div. | J | T | Sold (part) | 10/15/13 | K | | |
| 58. Black Rock Global Long Short CR Fd | A | Int./Div. | | | Buy | 02/13/13 | K | | |
| 59. Black Rock Global Long Short CR Fd | A | Int./Div. | | | Sold | 10/01/13 | K | A | |
| 60. Eaton Vance Atlanta Cp. | | None | K | T | Buy | 04/04/13 | K | | |
| 61. Columbia Emerging Mkt Fd Cl Z | A | Int./Div. | L | T | Buy | 04/05/13 | K | | |
| 62. Columbia Emerging Mkt Fd Cl Z | A | Int./Div. | L | T | Buy (add'l) | 04/09/13 | J | | |
| 63. Columbia Emerging Mkt Fd Cl Z | A | Int./Div. | L | T | Buy (add'l) | 10/02/13 | J | | |
| 64. Ivy Asset Strategy Fd | A | Int./Div. | L | T | Buy | 04/05/13 | L | | |
| 65. Ivy Asset Strategy Fd | A | Int./Div. | L | T | Sold (part) | 10/02/13 | K | B | |
| 66. PIMCO All Assests All AUTH. Fd | B | Int./Div. | K | T | Buy | 04/05/13 | K | | |
| 67. Artisan Int. Fd | A | Int./Div. | J | T | Buy | 04/17/13 | J | | |
| 68. Oppenheimer Intl Gth Fd | A | Int./Div. | M | T | Buy | 10/02/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Intl Gth Fd | A | Int./Div. | M | T | Buy (add'l) | 10/15/13 | K | | |
| 70. PIMCO Commodoties Plus Strategies | A | Int./Div. | L | T | Buy | 10/02/13 | L | | |
| 71. Prudential Global Real Estate | A | Int./Div. | K | T | Buy | 10/02/13 | K | | |
| 72. Robeco Boston Partners Long/Short Research fund | | None | L | T | Buy | 10/02/13 | K | | |
| 73. Robeco Boston Partners Long/Short Research Fund | | None | L | T | Buy (add'l) | 10/15/13 | J | | |
| 74. Franklin FTLG Rate Daily Access Fd | B | Int./Div. | K | T | Buy | 10/15/13 | K | | |
| 75. Scottrade Acct. #1 | | | | | | | | | |
| 76. Barcly Bk MSCI India | | None | J | T | | | | | |
| 77. MSCI Pacific | A | Dividend | J | T | | | | | |
| 78. MSCI Mexico | A | Dividend | J | T | | | | | |
| 79. MSCI Hong Kong | A | Dividend | K | T | | | | | |
| 80. SPDR Gold Trust | | None | K | T | | | | | |
| 81. Harbor Bond Fund | A | Int./Div. | K | T | | | | | |
| 82. Long Leaf Partners Fund | A | Dividend | J | T | | | | | |
| 83. Perritt Micro Cap FD | | None | K | T | | | | | |
| 84. Scottrade Sweep US Bank NA | A | Interest | L | T | | | | | |
| 85. Oakmark Select Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Fairholme Fund | | None | J | T | | | | | |
| 87. SPDR Series trust KBWregl. B | | None | J | T | | | | | |
| 88. PIMCO Emerging Local Bond fund | A | Int./Div. | J | T | | | | | |
| 89. M& I marshall Ilsley Bank (sweep Acc't) | | None | J | T | | | | | |
| 90. Brokerage Acct. #2 | | | | | | | | | |
| 91. Windstream Stock | A | Dividend | J | T | | | | | |
| 92. Markwest Stock | A | Int./Div. | J | T | | | | | |
| 93. SPDR Index SHS FDS INT (IPF-ETF) | A | Int./Div. | J | T | | | | | |
| 94. MSCI Hong Kong (EWH-ETF) | A | Int./Div. | J | T | | | | | |
| 95. SPDR Index SHS FDS S&P China (GXC) | A | Int./Div. | J | T | | | | | |
| 96. Claymore Exchange Traded Fund (TAN) | A | Int./Div. | | | Sold | 03/05/13 | J | | |
| 97. Fairholme FND FAIRX | A | Distribution | J | T | | | | | |
| 98. US Bank NA (sweep acc't) | A | Interest | J | T | | | | | |
| 99. Fidelity Nordic FNORX | A | Int./Div. | J | T | | | | | |
| 100. Fidelity EMEA FND FEMEX | A | Int./Div. | J | T | | | | | |
| 101. Fidelity Emerging Asia FND FSEAX | A | Int./Div. | J | T | | | | | |
| 102. Market Vectors Brazil Small Cap ETF BRF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Value Fund FDVLX | A | Dividend | J | T | Buy | 02/18/13 | J | | |
| 104. Columbia Aggressive Value CAMAX | A | Dividend | J | T | Buy | 02/18/13 | J | | |
| 105. T Rowe Price Cap Appreciation FND PRWCX | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 106. Powershares Dynamic FND PBE | A | Dividend | J | T | Buy | 08/02/13 | J | | |
| 107. Market Vectors Gold FND GDX | A | Dividend | J | T | Buy | 08/08/13 | J | | |
| 108. JP Morgan Chase/Acct #1 | | | | | | | | | |
| 109. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 110. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Sold (part) | 05/07/13 | J | A | |
| 111. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Sold (part) | 05/29/13 | J | A | |
| 112. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 113. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Buy (add'l) | 06/12/13 | J | | |
| 114. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Buy (add'l) | 09/07/13 | J | | |
| 115. SPDR S & P 500 ETF SPY | A | Dividend | J | T | Buy (add'l) | 10/25/13 | J | | |
| 116. American Century Interterm AXBIX | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 117. American Century Interterm AXBIX | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 118. American Century Interterm AXBIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 119. American Century Interterm AXBIX | A | Dividend | J | T | Sold (part) | 06/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Century Interterm AXBIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | | |
| 121. American Century Interterm AXBIX | A | Dividend | J | T | Sold (part) | 09/05/13 | J | A | |
| 122. Black Rock FDS US BHYIX | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 123. Black Rock FDS US BHYIX | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 124. Black Rock FDS US BHYIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 125. Black Rock FDS US BHYIX | A | Dividend | J | T | Buy (add'l) | 10/08/13 | J | | |
| 126. Black Rock FDS US BHYIX | A | Dividend | J | T | Buy (add'l) | 10/23/13 | J | | |
| 127. Black Rock FDS BMCIX | A | Dividend | | | Sold | 05/03/13 | J | A | |
| 128. Cohen & Steers Realty CSDIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 129. Cohen & Steers Realty CSDIX | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 130. Cohen & Steers Realty CSDIX | A | Dividend | J | T | Buy (add'l) | 12/23/13 | J | | |
| 131. Delaware GRP Caps Emerging DEMIX | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 132. Delaware GRP Caps Emerging DEMIX | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 133. Delaware GRP Caps Emerging DEMIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 134. Goldman Sachs Emerging Market GSDIX | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 135. Goldman Sachs Emerging Market GSDIX | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 136. Goldman Sachs Emerging Market GSDIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Goldman Sachs Emerging Market GSDIX | A | Dividend | J | T | Buy (add'l) | 08/13/13 | J | | |
| 138. Goldman Sachs Emerging Market GSDIX | A | Dividend | J | T | Sold (part) | 10/23/13 | J | | |
| 139. AIN Tax Ecempt FDS/Invesco Van Kampen ACTDX | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 140. AIN Tax Ecempt FDS/Invesco Van Kampen ACTDX | A | Dividend | | | Sold (part) | 05/02/13 | J | A | |
| 141. AIN Tax Ecempt FDS/Invesco Van Kampen ACTDX | A | Dividend | | | Sold (part) | 05/23/13 | J | A | |
| 142. AIN Tax Ecempt FDS/Invesco Van Kampen ACTDX | A | Dividend | | | Sold | 05/23/13 | J | A | |
| 143. Oak Mark Fund OAKMX | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 144. Oak Mark Fund OAKMX | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 145. Oak Mark Fund OAKMX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 146. Oak Mark Fund OAKMX | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 147. Oak Mark Fund OAKMX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 148. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 149. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Sold (part) | 05/03/13 | J | A | |
| 150. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 151. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Sold (part) | 06/10/13 | J | A | |
| 152. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Sold (part) | 08/13/13 | J | A | |
| 153. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Sold (part) | 09/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. JP Morgan TR1/inter tax free VSITX | A | Dividend | | | Merged (with line 155) | 11/22/13 | J | | |
| 155. JP Morgan TRI/inter tax free BD FND Instlk CL JITIX | A | Dividend | J | T | | | | | |
| 156. JP Morgan TR1/US Equity FD JUESX | A | Dividend | | | Sold (part) | 05/03/13 | J | A | |
| 157. JP Morgan TR1/US Equity FD JUESX | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 158. JP Morgan TR1/US Equity FD JUESX | A | Dividend | | | Buy (add'l) | 06/10/13 | J | | |
| 159. JP Morgan TR1/US Equity FD JUESX | A | Dividend | | | Sold (part) | 08/13/13 | J | | |
| 160. JP Morgan TR1/US Equity FD JUESX | A | Dividend | | | Merged (with line 161) | 11/22/13 | J | | |
| 161. JP Morgan TR1 U S Equity FD Instl Cl JMUEX | A | Dividend | J | T | | | | | |
| 162. JP Morgan TR1/Midcap Equity VSNGX | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 163. JP Morgan TR1/Midcap Equity VSNGX | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 164. JP Morgan TR1/Midcap Equity VSNGX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 165. JP Morgan TR1/Midcap Equity VSNGX | A | Dividend | J | T | Sold (part) | 06/10/13 | J | | |
| 166. JP Morgan TR1/Midcap Equity VSNGX | A | Dividend | J | T | Buy (add'l) | 08/13/13 | J | | |
| 167. JP Morgan TR1/Midcap Equity VSNGX | A | Dividend | J | T | Buy (add'l) | 12/23/13 | J | | |
| 168. JP Morgan TR1/International Value Fund Select JIESX | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 169. JP Morgan TR1/International Value Fund Select JIESX | A | Dividend | | | Sold (part) | 05/03/13 | J | A | |
| 170. JP Morgan TR1/International Value Fund Select JIESX | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. JP Morgan TR1/International Value Fund Select JIESX | A | Dividend | | | Buy (add'l) | 06/10/13 | J | | |
| 172. JP Morgan TR1/International Value Fund Select JIESX | A | Dividend | | | Sold (part) | 08/13/13 | J | | |
| 173. JP Morgan TR1/International Value Fund Select JIESX | A | Dividend | | | Merged (with line 174) | 11/22/13 | J | | |
| 174. JP Morgan TR I Int"l Value FD Instl Cl JNUSX | A | Dividend | J | T | | | | | |
| 175. JP Morgan TR1/Emerging Markets Equity FD JEMSX | A | Dividend | | | Buy (add'l) | 05/03/13 | J | | |
| 176. JP Morgan TR1/Emerging Markets Equity FD JEMSX | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 177. JP Morgan TR1/Emerging Markets Equity FD JEMSX | A | Dividend | | | Buy (add'l) | 08/13/13 | J | | |
| 178. JP Morgan TR1/Emerging Markets Equity FD JEMSX | A | Dividend | | | Merged (with line 179) | 11/22/13 | J | | |
| 179. JP Morgan TRI Em. Mkts Equity FDS Instl JMIEX | A | Dividend | J | T | | | | | |
| 180. JPMorgan High Yield OHYFX | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 181. JPMorgan High Yield OHYFX | A | Dividend | J | T | Buy (add'l) | 05/24/13 | J | | |
| 182. JPMorgan High Yield OHYFX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 183. JPMorgan High Yield OHYFX | A | Dividend | J | T | Sold (part) | 06/10/13 | J | | |
| 184. JP Morgan Short Interm.PGUIX | A | Dividend | | | Buy | 08/13/13 | J | | |
| 185. JP Morgan Short Interm.PGUIX | A | Dividend | | | Buy (add'l) | 09/05/13 | J | | |
| 186. JP Morgan Short Interm.PGUIX | A | Dividend | | | Merged (with line 187) | 11/22/13 | J | | |
| 187. JP Morgan TR II Short Inter Mun Bd Fd Instl JIMIX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  MFS Ser. Tr. X Emerging Market MEDIX | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 189.  MFS Ser. Tr. X Emerging Market MEDIX | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 190.  MFS Ser. Tr. X Emerging Market MEDIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 191.  MFS Ser. Tr. X Emerging Market MEDIX | A | Dividend | J | T | Buy (add'l) | 08/13/13 | J | | |
| 192.  MFS Ser. Tr. X Emerging Market MEDIX | A | Dividend | J | T | Sold (part) | 10/23/13 | J | | |
| 193.  MFS Municipal High Income MMHYX | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 194.  MFS Municipal High Income MMHYX | A | Dividend | | | Sold (part) | 05/03/13 | J | A | |
| 195.  MFS Municipal High Income MMHYX | A | Dividend | | | Sold | 05/24/13 | J | A | |
| 196.  T Rowe Price Tax Free Income PATAX | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 197.  T Rowe Price Tax Free Income PATAX | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 198.  T Rowe Price Tax Free Income PATAX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 199.  T Rowe Price Tax Free Income PATAX | A | Dividend | J | T | Sold (part) | 06/10/13 | J | | |
| 200.  T Rowe Price Tax Free Income PATAX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 201.  T Rowe Price Tax Free Income PATAX | A | Dividend | J | T | Sold (part) | 09/05/13 | J | A | |
| 202.  T Rowe Price Summit PRSMX | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 203.  T Rowe Price Summit PRSMX | A | Dividend | J | T | Buy (add'l) | 09/05/13 | J | | |
| 204.  Thornburg International Value Fund TGVIX | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Thornburg International Value Fund TGVIX | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 206. Thornburg International Value Fund TGVIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 207. Thornburg International Value Fund TGVIX | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 208. Thornburg International Value Fund TGVIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 209. Vanguard Sector Index Funds VNQ | A | Dividend | J | T | Sold (part) | 05/17/13 | J | A | |
| 210. Vanguard Sector Index Funds VNQ | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 211. Vanguard Sector Index Funds VNQ | A | Dividend | J | T | Buy (add'l) | 06/12/13 | J | | |
| 212. Vanguard Sector Index Funds VNQ | A | Dividend | J | T | Sold (part) | 08/15/13 | J | A | |
| 213. Vanguard Sector Index Funds VNQ | A | Dividend | J | T | Sold (part) | 09/09/13 | J | | |
| 214. iShares Trust Russell 2000 IWM | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 215. iShares Trust Russell 2000 IWM | A | Dividend | J | T | Buy | 06/06/13 | J | | |
| 216. iShares Trust Russell 2000 IWM | A | Dividend | J | T | Sold (part) | 06/12/13 | J | A | |
| 217. Dreyfus Emerging Mkt DDBIX | A | Dividend | | | Buy | 05/03/13 | J | | |
| 218. Dreyfus Emerging Mkt DDBIX | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 219. Dreyfus Emerging Mkt DDBIX | A | Dividend | | | Sold (part) | 06/10/13 | J | | |
| 220. Dreyfus Emerging Mkt DDBIX | A | Dividend | | | Sold (part) | 10/08/13 | J | | |
| 221. Dreyfus Emerging Mkt DDBIX | A | Dividend | | | Sold | 10/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. John Hancock Inc. Fd JSTIX | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 223. John Hancock Inc. Fd JSTIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 224. John Hancock Inc. Fd JSTIX | A | Dividend | J | T | Buy (add'l) | 08/13/13 | J | | |
| 225. Massachusetts Investors MITIX | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 226. Massachusetts Investors MITIX | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 227. Massachusetts Investors MITIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 228. Massachusetts Investors MITIX | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 229. Massachusetts Investors MITIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 230. Mainstay MHYIX | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 231. Mainstay MHYIX | A | Dividend | J | T | Buy (add'l) | 05/24/13 | J | | |
| 232. Mainstay MHYIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 233. Mainstay MHYIX | A | Dividend | J | T | Sold (part) | 06/10/13 | J | | |
| 234. MFS Research International MRSIX | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 235. MFS Research International MRSIX | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 236. MFS Research International MRSIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 237. MFS Research International MRSIX | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 238. Transamerica Hi-Yield Bd IHIYX | A | Dividend | | | Buy | 05/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Transamerica Hi-Yield Bd IHIYX | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 240. Transamerica Hi-Yield Bd IHIYX | A | Dividend | | | Sold | 06/10/13 | J | | |
| 241. American Century Value Fund AVLIX | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 242. American Century Value Fund AVLIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 243. Goldman Sachs Small Cap GSSIX | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 244. Goldman Sachs Small Cap GSSIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 245. Goldman Sachs Small Cap GSSIX | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |
| 246. JP Morgan TRI Small Cap VSEIX | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 247. JP Morgan TRI Small Cap VSEIX | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 248. JP Morgan Growth Advantage JGASX | | None | J | T | Buy | 06/10/13 | J | | |
| 249. JP Morgan Growth Advantage JGASX | | None | J | T | Sold (part) | 08/13/13 | J | A | |
| 250. Wells Fargo Advantage FDS EMGYX | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 251. ishares MSCI EAFE ETF EFA | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 252. ishares MSCI EAFE ETF EFA | A | Dividend | J | T | Buy (add'l) | 09/09/13 | J | | |
| 253. Alliance Bernstein Inter AIDAX | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 254. Alliance Bernstein Inter AIDAX | A | Dividend | J | T | Buy (add'l) | 09/05/13 | J | | |
| 255. PIMCO Low Duration Fund PTLDX | A | Dividend | J | T | Buy | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PIMCO Low Duration Fund PTLDX | A | Dividend | J | T | Buy (add'l) | 09/05/13 | J | | |
| 257. JP Morgan TRI US Equity FD JSUEX | A | Dividend | | | Buy | 12/23/13 | J | | |
| 258. JP Morgan TRI US Equity FD JSUEX | A | Dividend | | | Merged (with line 259) | 12/23/13 | J | | |
| 259. JP Morgan TR 1 US Equity Fd Instl CL JMUEX | A | Dividend | J | T | | | | | |
| 260. JP Morgan Deposit Sweep MGD QCPCM* | A | Interest | J | T | | | | | |
| 261. JP Morgan Chase/Acct #2 | | | | | | | | | |
| 262. JPM STR Inc Op Fd** | A | Dividend | J | T | | | | | |
| 263. JPM Short Duration Bond Fund | A | Dividend | | | Sold (part) | 01/09/13 | J | | |
| 264. JPM Short Duration Bond Fund | A | Dividend | | | Sold (part) | 01/11/13 | J | A | |
| 265. JPM Short Duration Bond Fund | A | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 266. JPM Short Duration Bond Fund | A | Dividend | | | Sold | 01/17/13 | J | A | |
| 267. JPM TR MLT SC INC | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 268. JPM TR MLT SC INC | A | Dividend | | | Sold | 02/20/13 | J | A | |
| 269. JPM TR MLT SC INC | A | Dividend | | | Sold (part) | 06/19/13 | J | A | |
| 270. JPM TR MLT SC INC | A | Dividend | | | Sold (part) | 06/25/13 | J | | |
| 271. JPM TR MLT SC INC | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 272. Harbor High Yield Bond Fund | A | Dividend | J | T | Sold (part) | 12/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Harbor Convertible Securities Fund | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 274. PIMCO Emerging Local Bond Fund | A | Dividend | | | Buy | 02/20/13 | J | | |
| 275. PIMCO Emerging Local Bond Fund | A | Dividend | | | Sold (part) | 06/07/13 | J | | |
| 276. PIMCO Emerging Local Bond Fund | A | Dividend | | | Sold (part) | 06/10/13 | J | | |
| 277. PIMCO Emerging Local Bond Fund | A | Dividend | | | Sold | 08/01/13 | J | | |
| 278. PIMCO Emerging Market Corporate Bond Fund | A | Dividend | | | Sold (part) | 11/18/13 | J | A | |
| 279. PIMCO Emerging Market Corporate Bond Fund | A | Dividend | | | Sold | 11/25/13 | J | A | |
| 280. SIT Mut. FDS Inc. Div. Growth | A | Dividend | J | T | Buy (add'l) | 06/12/13 | J | | |
| 281. Ridgeworth FDS SEIX FLRT | A | Dividend | J | T | | | | | |
| 282. Gateway FD | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 283. Gateway FD | A | Dividend | J | T | Sold (part) | 01/09/13 | J | A | |
| 284. Gateway FD | A | Dividend | J | T | Sold (part) | 02/25/13 | J | A | |
| 285. Gateway FD | A | Dividend | J | T | Sold (part) | 06/07/13 | J | A | |
| 286. Matthews Asia Div. Inst | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | |
| 287. Eaton Vance Floating Rate ADV | A | Dividend | J | T | | | | | |
| 288. Black Rock High Yield Bd | A | Dividend | J | T | Buy (add'l) | 06/28/13 | J | | |
| 289. Cohen and Steere Pref Sec. and Income | A | Dividend | J | T | Buy (add'l) | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Cohen and Steere Pref Sec. and Income | A | Dividend | J | T | Buy (add'l) | 06/17/13 | J | | |
| 291. Doubleline FDS TR Totlal Return | A | Dividend | K | T | | | | | |
| 292. T Rowe Price Instl. Income Fs/D Floating Rate Fd | A | Dividend | J | T | | | | | |
| 293. HSBC FDS Total Return 1 | A | Dividend | J | T | Sold (part) | 02/20/13 | J | A | |
| 294. Managed Portfolio Ser Tortoise Instl. | A | Dividend | J | T | | | | | |
| 295. Nuveen Global Infrastructure Share Class | A | Distribution | J | T | Buy | 01/04/13 | J | | |
| 296. Nuveen | A | Distribution | J | T | Buy (add'l) | 01/08/13 | J | | |
| 297. Nuveen | A | Distribution | J | T | Buy (add'l) | 01/09/13 | J | | |
| 298. Prudential Total Return BD FD CL Z | A | Dividend | | | Buy | 01/09/13 | J | | |
| 299. Prudential Total Return BD FD CL Z | A | Dividend | | | Buy (add'l) | 01/11/13 | J | | |
| 300. Prudential Total Return BD FD CL Z | A | Dividend | | | Buy (add'l) | 01/15/13 | J | | |
| 301. Prudential Total Return BD FD CL Z | A | Dividend | | | Buy (add'l) | 01/17/13 | J | | |
| 302. Prudential Total Return BD FD CL Z | A | Dividend | | | Sold (part) | 06/25/13 | J | | |
| 303. Prudential Total Return BD FD CL Z | A | Dividend | | | Sold (part) | 08/05/13 | J | | |
| 304. Prudential Total Return BD FD CL Z | A | Dividend | | | Sold | 10/25/13 | J | | |
| 305. Clearbridge Equity | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 306. JPM Intrepid Europe FD | A | Dividend | J | T | Buy | 08/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. JPM Intrepid Europe FD | A | Dividend | J | T | Buy (add'l) | 08/07/13 | J | | |
| 308. Metropoliotan West Total Return Institutional Share Class | A | Dividend | J | T | Buy | 10/25/13 | J | | |
| 309. Columbia FD SER TRT | | | J | T | Buy | 12/20/13 | J | | |
| 310. JP Morgan Sweep Acc't | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 12/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Line 260 JP Morgan Deposit Sweep MGD QCPCM is a deposit sweep fund where income is stored until reinvested. This sweep fund existed in 2012 when I opened this JP Morgan investment account but I inadvertently failed to list it. The total interest on this fund was $0.57 as stated in the 1099 I received from JP Morgan in 2013.

** Line 262 In the Committee's December 1, 2014 letter you stated at paragraph five that "you did not list ["JPM STR Inc Op Fd"] in your current report." This is incorrect. See line 262 of original report filed on July 9, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shira A. Scheindlin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544